# UNITED STATES DISTRICT COURT

# DISTRICT OF ARIZONA

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff/Respondent, | **JUDGMENT** |
| v. | CV 08-2214-PHX-GMS |
| MARIA PENA-NUNEZ, | CR 08-0682-PHX-GMS |
| Defendant/Petitioner, | |

This action came on for consideration before the Court. The issues having been duly considered and a decision having been duly rendered.

**IT IS ORDERED AND ADJUDGED** that pursuant to the Court's Order of February 3, 2009, denying Defendant's Amended Motion to Vacate, Set Aside, or Correct Sentence pursuant to 28 U.S.C. 2255, movant shall take nothing and the action be, and same hereby is, dismissed with prejudice.

February   3,  2009  
Date

RICHARD H. WEARE  
District Court Executive/Clerk

.  s/   Ruth E. Williams  
By     Ruth E. Williams  
          Deputy Clerk